# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL BENCH TRIAL

Jeffrey Weisen,

    Plaintiff,

v.

Northern Tier Retail LLC, doing business as Speedway,

    Defendant.

**COURT MINUTES**
Case Number: 19-cv-2624 (JNE/ECW)

| | |
|---|---|
| Date: | October 5, 2021 |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 9:37 AM |
| Time Concluded: | 9:53 AM |
| Time in Court: | 16 Minutes |

Trial before JOAN N. ERICKSEN, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff:     Patrick W. Michenfelder
For Defendant:    Daniel R. Olson and Jessica L. Kometz

## PROCEEDINGS:

- ☒ **BENCH Trial - Began**.
- ☐ **BENCH Trial - Ended**
- ☐ Jury impaneled (File list of jurors).
- ☐ Opening statements.
- ☐ **BENCH Trial Held.**
- ☐ Trial continued to .
- ☐ Plaintiff's witnesses:
- ☐ Defendant's witnesses:
- ☐ Plaintiff rests.    ☐ Defendant rests.
- ☐ Closing arguments.

## IT IS ORDERED:

- ☒ Written order forthcoming.

## CLERK'S USE ONLY:

- ☒ Exhibits returned to counsel or parties.

_s/CBC_
Signature of Courtroom Deputy