UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey Weisen,

      Plaintiff,

v.                                                                        Case No. 19-cv-2624 (JNE/ECW)
                                                                      ORDER

Northern Tier Retail LLC,

      Defendant.

      This case was scheduled for trial on October 5, 2021, pursuant to this Court's order dated August 25, 2021. Bench trial began at 9:37 AM on October 5, 2021. Plaintiff was not in attendance, and Plaintiff's counsel entered no evidence on behalf of Plaintiff. Therefore, this case is dismissed with prejudice.

      Accordingly, IT IS ORDERED THAT:

1.     The claims remaining before this Court in Plaintiff's complaint [ECF No. 1-1] are DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 5, 2021

                                                          s/   Joan N. Ericksen
                                                          JOAN N. ERICKSEN
                                                          United States District Judge