# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey Weisen, | Case No.: 0:19-CV-02624 (JNE/ECW) |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO VACATE JUDGMENT** |
| Northern Tier Retail LLC d/b/a Speedway, | |
| Defendant. | |

Plaintiff, Jeffrey Weisen hereby respectfully moves this Court for an Order granting Motion to Vacate Judgment. This Motion is based on Plaintiff's Memorandum of Law, the arguments of counsel at the time of the hearing, and all of the files, records and proceedings herein.

**THRONDSET MICHENFELDER, LLC**

Dated: October 7, 2021

By: /s/Patrick W. Michenfelder_____
Patrick W. Michenfelder (#024207X)
Chad A. Throndset (#0261191)
One Central Avenue West, Suite 101
St. Michael, MN 55376
Tel: (763) 515-6110
Fax: (763) 226-2515
Email: pat@throndsetlaw.com
Email: chad@throndsetlaw.com
*Attorneys for Plaintiff*